CO-386-online
9/24/03

# United States District Court
# For the District of Columbia

Teva Pharmaceuticals USA, Inc.  )
)
)
)
vs   Plaintiff  )  Civil Action No._____
)
Food and Drug Administration,  )
Michael O. Leavitt, and  )
Lester M. Crawford  )
)
Defendant  )

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __Teva Pharmaceuticals USA, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Teva Pharmaceuticals USA, Inc.__ which have any outstanding securities in the hands of the public:

Teva Pharmaceutical Industries Ltd.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____JL/se_____
Signature

449280
BAR IDENTIFICATION NO.

Jay P. Lefkowitz
Print Name

Kirkland & Ellis LLP, 655 15th St NW
Address

Washington, DC          20005
City      State       Zip Code

202 879-5000
Phone Number