UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS, USA, INC.<br>1090 Horsham Road<br>North Wales, PA  19454<br><br>                    Plaintiff,<br><br>     v.<br><br>FOOD AND DRUG ADMINISTRATION<br>5600 Fishers Lane<br>Rockville, MD  20857<br><br>MICHAEL O. LEAVITT<br>Secretary, Health and Human Services<br>U.S. Department of Health and Human Services<br>200 Independence Avenue SW<br>Washington, DC 20201<br><br>LESTER M. CRAWFORD<br>Commissioner of Food and Drugs<br>U.S. Food and Drug Administration<br>5600 Fishers Lane<br>Rockville, MD  20857<br><br>                    Defendants. | Case No. _____ |

**APPLICATION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65(a) and Local Rule 65.1, plaintiff Teva Pharmaceuticals, USA, Inc. ("Teva"), moves this Court for a preliminary injunction to preclude the FDA from finding that the voluntary dismissal of *Apotex Inc. v. Bristol-Myers Squibb Co.*, No. 1:04-CV-2922 (S.D.N.Y.), constitutes a "judicial decision" trigger under the Hatch-Waxman Act and from approving the abbreviated new drug applications of other generic companies for pravastatin sodium in 10 mg, 20 mg, and 40 mg does, until 180 days after the "judicial decision" trigger has been met.

The reasons for this application are set forth in the accompanying memorandum. Teva has informed defendant of its intent to file this application and defendant has indicated its intent to oppose it. Because absent relief, Teva will soon suffer irreparable harm, plaintiff also requests a hearing on this motion on an expedited basis.

Dated: July 26, 2005

Respectfully submitted,

/s/ Jay P. Lefkowitz

Of Counsel:
Richard Egosi
*Senior Vice President & General Counsel*
David M. Stark
*Senior Director, Legal Affairs*
TEVA PHARMACEUTICALS USA, INC.
425 Privet Road
Horsham, PA 19044-8005
(215) 293-6400

Jay P. Lefkowitz (DC 449280)*
Pamela J. Auerbach (DC 447805)
Steven A. Engel (DC 484789)
John C. O'Quinn (DC 485936)
KIRKLAND & ELLIS LLP
655 15th Street NW, Suite 1200
Washington, DC 20005
(202) 879-5000

*Counsel for Teva Pharmaceuticals USA, Inc.*

* *Counsel of Record*

2