UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC.<br>1090 Horsham Road<br>North Wales, PA  19454<br><br>     Plaintiff,<br><br> v.<br><br>FOOD AND DRUG ADMINISTRATION<br>5600 Fishers Lane<br>Rockville, MD  20857<br><br>MICHAEL O. LEAVITT<br>Secretary, Health and Human Services<br>U.S. Department of Health and Human Services<br>200 Independence Avenue, S.W.<br>Washington, DC  20201<br><br>LESTER M. CRAWFORD<br>Commissioner of Food and Drugs<br>U.S. Food and Drug Administration<br>5600 Fishers Lane<br>Rockville, MD  20857<br><br>     Defendants. | Case No. _____ |

## DECLARATION OF DAVID MARSHALL

   I, David Marshall, hereby declare under penalty of perjury as follows:

   1.  I am the Vice President of Sales and Marketing of Teva Pharmaceuticals USA, Inc. ("Teva").

   2.  Teva is the wholly owned, indirect subsidiary of Teva Pharmaceutical Industries Ltd. ("Teva Ltd."), a global pharmaceutical company headquartered in Israel.  Teva distributes the finished pharmaceutical products of Teva Ltd. in the United States and is an industry leader in the development, manufacture, and marketing of generic pharmaceutical products in the United States.

3.   On December 10, 2000, Teva filed ANDA No. 76-056, which I understand to be the first U.S. application for generic pravastatin sodium in the 10 mg, 20 mg, and 40 mg strengths.

4.   Teva filed a Paragraph IV ANDA with respect to three of the patents listed with the FDA for pravastatin sodium. Teva filed a Paragraph III ANDA with respect to a fourth patent, U.S. Patent No. 4,346,227 ("the 227 patent"). It is expected therefore that the FDA will approve Teva's ANDA on the expiration of the 227 patent on April 20, 2006.

5.   The combined sales of pravastatin sodium tablets of 10 mg, 20 mg, and 40 mg are about $1.7 billion.

6.   Based on Teva's past experience and its research into the market for pravastatin, the company projects that if it receives the Hatch-Waxman Act's 180-day exclusivity period for the strengths noted above, then it will sell in the first year more than two to three times the amount of tablets of generic pravastatin that it would sell absent exclusivity, with a difference in net revenues of hundreds of millions of dollars.

7.   If Teva receives the 180-day exclusivity period, then as the first generic entrant Teva can expect to retain a greater post-exclusivity market share than if it enters at the same time as several other generic companies.

8.   In the first full year after April 2006, if Teva has 180-day exclusivity, and Bristol-Myers Squibb, Inc. ("BMS") does not market its own unbranded product, Teva projects that it will sell about 337 million tablets of generic pravastatin in the above-noted strengths for net revenues of more than [REDACTED]. If BMS authorizes a competing generic product, Teva projects that it will sell about 221 million tablets for net revenues of about [REDACTED] over that same period.

9.  If Teva does not receive 180-day exclusivity, however, the generic companies that filed subsequent ANDAs are likely to enter the market in April 2006. In that scenario, Teva projects that it will sell during that one year period about 100 million tablets of generic pravastatin for net revenues of about [REDACTED].

10. Before Teva can bring generic pravastatin to market in April 2006, the company will need to invest in production of the tablets. As noted in the sales figures, the amount of inventory that Teva will need to have produced will vary considerably depending on whether the company is entitled to 180-day exclusivity.

11. In order to launch product by April 2006 and fully satisfy market demand, Teva will need to place its production order with Teva Ltd. at least six months in advance of that date, by October 2005. Drug tablets have limited shelf lives. Accordingly, if Teva places its orders by October 2005 on the assumption that it will receive exclusivity and it, in fact, does not obtain exclusivity, then the company will have a substantial volume of product that will need to be discarded at a significant cost to the company.

Dated: July 25, 2005

/s/ David Marshall

David Marshall