FILED
AUG 14 2 21 PM '03

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., <br><br> v. <br> *Plaintiff,* <br><br> SYNTEX (USA) INC., <br><br> *Defendant.* | Case No. C 98-02314 CAL <br><br> ORDER DISMISSING COMPLAINT FOR DECLARATORY JUDGMENT <br><br> [Federal Rules of Civil Procedure, Rule 12(b)(1)] <br><br> Date: August 7, 1998 <br> Time: 9:30 a.m. <br> Place: Courtroom 10 <br> Judge: Charles A. Legge |

1   On August 7, 1998 the Motion to Dismiss For Lack of Subject Matter Jurisdiction
2   filed by defendant Syntex (U.S.A.) Inc. ("Syntex") came on regularly for hearing. The
3   parties were represented by counsel. Based on all of the evidence and argument, both
4   written and oral, and good cause appearing therefor, the Court hereby finds:
5       (1)   Plaintiff Teva Pharmaceuticals USA, Inc. ("Teva") lacked and lacks a    CAL
6             reasonable apprehension of suit by Syntex for infringement of U.S. Patent No.
7             4,591,592 ("'592 Patent").
8       (2)   There is no justiciable case or controversy between the parties concerning any
9             infringement by Teva of the '592 Patent.
10      (3)   This Court lacks subject matter jurisdiction over the action.
11  Based on the foregoing findings, Syntex's Motion is GRANTED and the Complaint
12  is DISMISSED.

15  IT IS SO ORDERED.

19  DATED: 8/13 , 1998

    _____
    THE HONORABLE CHARLES A. LEGGE
    JUDGE, UNITED STATES DISTRICT COURT

ORDER DISMISSING COMPLAINT
FOR DECLARATORY JUDGMENT

TOTAL P.03