**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC. <br><br> Plaintiff, <br><br> v. <br><br> FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants, <br><br> APOTEX INC. <br><br> Proposed Intervenor-Defendant. | Case No. 05-1469 (JDB) |

## STIPULATION OF INTERVENTION

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto by their respective undersigned attorneys, as follows:

1. Intervenor-Defendant APOTEX INC. has asserted an interest relating to the subject matter of this action, and has requested to intervene as a party pursuant to Fed. R. Civ. P. 24.

2. Said Intervenor-Defendant agrees to the proposed briefing schedule on Plaintiff's motion for injunctive relief and the consideration of preliminary and permanent injunctive relief at a hearing in September.

3. Plaintiff and Defendants have no objection to intervention herein by said Intervenor-Defendant, and hereby consent to entry of the annexed order to this effect.

4. Plaintiff and Defendants have no objection to the filing of Intervenor-Defendant's answer by the same date on which Defendants' answer is due, and hereby consent to entry of the annexed order to this effect.

_____/s/_____
Jay P. Lefkowitz, D.C. Bar No. 449280
KIRKLAND & ELLIS LLP
655 15th Street NW, Suite 1200
Washington, D.C. 20005

*Counsel for Plaintiff Teva Pharmaceuticals USA, Inc.*

_____/s/_____
Andrew E. Clark
Office of Consumer Litigation
U.S. DEPARTMENT OF JUSTICE
P.O. Box 386
Washington, D.C. 20044

*Counsel for Defendants Food and Drug Administration, Michael O. Leavitt, and Lester M. Crawford*

_____/s/_____
Arthur Y. Tsien, D.C. Bar No. 411579
OLSSON FRANK AND WEEDA, P.C.
1400 16th Street, N.W.
Washington, D.C. 20036
(202) 789-1212
(202) 234-3550 (facsimile)

_____/s/_____
William A. Rakoczy, D.C. Bar No. 489082
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
(312) 222-6301
(312) 222-6321 (facsimile)

*Counsel for Intervenor-Defendant Apotex Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC. | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05-1469 (JDB) |
| FOOD AND DRUG ADMINISTRATION, *et al.*, | ) |
| Defendants, | ) |
| APOTEX INC. | ) |
| Intervenor-Defendant. | ) |

## **ORDER**

The parties having agreed by stipulation that APOTEX INC. may intervene as a party therein, and may file its answer by the same date on which Defendants' answer is due, now, therefore, it is hereby

**ORDERED** that APOTEX INC. is hereby permitted to intervene as a party to this action for all purposes, and it is further

**ORDERED** that said Intervenor shall file its answer by the same date on which the answer of the Defendants is due.

Dated:_____       _____
                                    Honorable John D. Bates
                                    United States District Judge

1