AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Teva Pharmaceuticals USA, Inc.

       Plaintiff(s)   )   **APPEARANCE**
                             )
                             )
         vs.   )   CASE NUMBER   1:05CV01469
Food & Drug Administration, et al.   )
       Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Steven A. Engel   as counsel in this
                                   (Attorney's Name)

case for:  Teva Pharmaceuticals USA, Inc.
                     (Name of party or parties)

August 3, 2005
Date

                               Signature

                               Steven A. Engel

DC484789
BAR IDENTIFICATION   Print Name

                               Kirland & Ellis LLP, 655 15th Street NW, Ste. 1200
                               Address

                               Washington, DC      20005
                               City      State      Zip Code

                               (202) 879-5000
                               Phone Number