UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOOD AND DRUG ADMINISTRATION, )<br>et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 05-1469 (JDB) |

**PRAECIPE**

The Clerk will please enter the appearance of **Andrew E. Clark,** Attorney, United States Department of Justice, as counsel for defendants in the above-entitled case.

Respectfully submitted,

/s/
ANDREW E. CLARK
Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
(202) 307-0067

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a copy of the foregoing Praecipe to be served via the District Court's electronic filing (ECF) system upon:

Jay P. Lefkowitz
Steven A. Engel
KIRKLAND & ELLIS
655 15th Street, N.W., Suite 1200
Washington, D.C. 20005
*Counsel for Plaintiff Teva Pharmaceuticals USA, Inc.*

Arthur Y. Tsien
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C.  20036-2220
*Counsel for Proposed Intervenor-Defendant Apotex Inc.*

William A. Rakoczy
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
*Counsel for Proposed Intervenor-Defendant Apotex Inc.*

this 8th day of August, 2005.

                                                                 /s/
                                          Andrew E. Clark