UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 1:05-CV-01469-JDB |
| ) | |
| FOOD AND DRUG ADMINISTRATION, ) | |
| MICHAEL O. LEAVITT, and ) | |
| LESTER M. CRAWFORD, ) | |
| ) | |
| Defendants. ) | |

## MOTION OF RANBAXY LABORATORIES LIMITED, RANBAXY INC., AND RANBAXY PHARMACEUTICALS, INC. TO INTERVENE AS DEFENDANTS

Ranbaxy Laboratories Limited, Ranbaxy Inc., and Ranbaxy Pharmaceuticals, Inc., ("Ranbaxy") respectfully request that this Court permit them to intervene as defendants in this lawsuit pursuant to Fed. R. Civ. P. 24(a)(2), or in the alternative, Rule 24(b)(2). In this case Plaintiff Teva Pharmaceuticals USA, Inc. ("Teva") has sued the U.S. Food and Drug Administration ("FDA") to prevent FDA from approving other companies' generic drug applications for pravastatin sodium tablets until 180 days after Teva brings its tablets to market. Ranbaxy, a direct competitor of Teva, would be denied approval of its application to market pravastatin sodium tablets for 180 days and suffer serious harm if Teva were to obtain the relief sought.

Ranbaxy makes this timely motion to intervene to safeguard its legal and economic interests in the outcome of this litigation. Those substantial interests may be impaired unless Ranbaxy is entitled to participate. FDA, as a regulatory authority, cannot be expected to fully

represent Ranbaxy's interests. For the reasons set forth above, and explained more fully in the accompanying Memorandum of Points and Authorities, Ranbaxy respectfully requests that this Court grant its motion to intervene.

Ranbaxy's counsel has advised Teva's counsel and counsel for FDA that it intends to seek the Court's leave to intervene. FDA's counsel stated that the Federal defendants take no position on the motion. Plaintiff's counsel stated that Teva opposes this motion. According to counsel for Teva, Teva has already consented to the intervention of Apotex, Inc., Teva believes that Apotex, Inc. can adequately represent Ranbaxy's interest and Teva is concerned that intervention by other generic manufacturers may unduly delay or complicate the proceedings.

Dated: August 2, 2005                              Respectfully submitted,


_/s/ Kate C. Beardsley_
Kate C. Beardsley
D.C. Bar No. 416806
Carmen M. Shepard
D.C. Bar No. 331314

Buc & Beardsley
919 Eighteenth Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 736-3600

Counsel for Proposed-Intervenor Defendants