## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 2, 2005, true and correct copies of the foregoing Motion to Intervene, Memorandum of Points and Authorities, Proposed Order, and Corporate Disclosure Statement were served upon the following by hand and e-mail:

Jay P. Lefkowitz, Esq.
Pamela J. Auerbach, Esq.
Steven A. Engel, Esq.
John C. O'Quinn, Esq.
Kirkland & Ellis LLP
655 15th Street, NW
Washington, DC 20005

Andrew E. Clark, Esq.
Department of Justice
National Place Building
Room 950 N
1331 Pennsylvania Avenue, NW
Washington, DC 20004

Kate C. Beardsley