UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOOD AND DRUG ADMINISTRATION, )<br>MICHAEL O. LEAVITT, and )<br>LESTER M. CRAWFORD, )<br>)<br>Defendants. )<br>) | CIVIL NO. 1:05-CV-01469-JDB |

### [PROPOSED] ORDER

Before me is the Motion of Ranbaxy Laboratories Limited, Ranbaxy Inc., and Ranbaxy Pharmaceuticals, Inc., ("Ranbaxy") filed pursuant to Rules 24(a) and (b) of the Federal Rules of Civil Procedure, for leave to intervene in the above-captioned case. Having considered the Motion and the remainder of the record in this case,

IT IS ORDERED that the motion be GRANTED.


Dated: _____          _____
       Washington, D.C.                   John D. Bates
                                          United States District Judge

Pursuant to Local Rule (7)k, the following is a list of the names and addresses of all attorneys entitled to be notified of the entry of this Order:

Jay P. Lefkowitz, Esq.
Pamela J. Auerbach, Esq.
Steven A. Engel, Esq.
John C. O'Quinn, Esq.
Kirkland & Ellis LLP
655 15th Street, NW
Washington, D.C. 20005
(202) 879-5040


Andrew E. Clark, Esq.
Office of Consumer Litigation
U.S. Department of Justice
National Place Building
Room 950 N
1331 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 307-0067


Kate C. Beardsley, Esq.
Carmen M. Shepard, Esq.
Buc & Beardsley
919 18th Street, NW
Suite 600
Washington, D.C. 20006
(202) 736-3600