IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TEVA PHARMACEUTICALS USA,**<br><br>　　　　　**Plaintiff,**<br><br>　　　　　v.<br>**FOOD AND DRUG ADMINISTRATION,** et al.,<br><br>　　　　　**Defendants.** | Civil Action No. 05-1469 (JDB) |

## ORDER

Upon consideration of discussions with the parties, and the entire record herein, it is this 9th day of August 2005, hereby

**ORDERED** that Apotex, Inc. is permitted to intervene as a party in this action for all purposes; it is further

**ORDERED** that the motion of Ranbaxy Laboratories Limited, Ranbaxy Inc., and Ranbaxy Pharmaceuticals, Inc. ("Ranbaxy") for leave to intervene is **GRANTED**; it is further

**ORDERED** that intervenors Apotex and Ranbaxy shall coordinate their filings with the Court in an attempt to avoid duplicative arguments; it is further

**ORDERED** that plaintiff's motion to file under seal the affidavit of David Marshall is **GRANTED**; it is further

**ORDERED** that defendant Food and Drug Administration shall file the administrative record with the Court by not later than August 17, 2005; it is further

**ORDERED** that defendants and defendant-intervenors shall file their opposition to

plaintiff's motion for preliminary injunction by not later than August 25, 2005; it is further

**ORDERED** that plaintiff shall file its reply by not later than September 7, 2005; it is further

**ORDERED** that upon consent of the parties, the Court will consolidate plaintiff's motion for preliminary injunction with a request for permanent injunction on the merits, see Fed. R. Civ. P. 65(a)(2); and it is further

**ORDERED** that a motions hearing is scheduled for September 26, 2005 at 10:00 am.


　　　　　　　　　　　　　　　　　　/s/     John D. Bates
　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　United States District Judge


Copies to:

Jay P. Lefkowitz
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005
(202) 879-5040
Fax: (202) 879-5200
Email: jlefkowitz@kirkland.com

Steven Andrew Engel
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005
(202) 879-5000
Email: sengel@kirkland.com
　　　　*Counsels for Plaintiff*

Andrew E. Clark
US DEPT. OF JUSTICE; OFFICE OF CONSUMER LITIGATION

P.O. Box 386
Washington, DC 20044
(202) 307-0067
Fax: (202) 514-8742
Email: andrew.clark@usdoj.gov
    *Counsel for Defendant*

Arthur Y. Tsien
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, NW
Suite 400
Washington, DC 20036-2220
(202) 789-1212
Fax: (202) 234-3550
Email: atsien@ofwlaw.com

William A. Rakoczy
RAKOCZY MOLINO MAZZOCHI, LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60610
(312) 222-6301
Email: wrakoczy@rmmslegal.com
    *Counsels for Defendant-Intervenor Apotex*

Kate Cumming Beardsley
BUC & BEARDSLEY
919 Eighteenth Street, NW
Suite 600
Washington, DC 20006
(202) 736-3600
Fax: (202) 736-3608
Email: kbeardsley@bucbeardsley.com
    *Counsel for Defendant-Intervenor Ranbaxy*