## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 8, 2005, true and correct copies of the foregoing Answer were served upon the following by hand and e-mail:

Jay P. Lefkowitz, Esq.
Pamela J. Auerbach, Esq.
Steven A. Engel, Esq.
John C. O'Quinn, Esq.
Kirkland & Ellis LLP
655 15th Street, NW
Washington, DC 20005

Andrew E. Clark, Esq.
Department of Justice
National Place Building
Room 950 N
1331 Pennsylvania Avenue, NW
Washington, DC 20004

Carmen M. Shepard