AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Teva Pharmaceuticals USA, Inc.,

       Plaintiff(s)     )   **APPEARANCE**

       vs.     )   CASE NUMBER   05-1469 (JDB)

Food and Drug Administration, et al.,

       Defendant(s)

Apotex Inc.,
    Intervenor-Defendant.

To the Clerk of this court and all parties of record:

Please enter the appearance of __Arthur Y. Tsien__ as counsel in this
             (Attorney's Name)

case for: __Apotex Inc.__
        (Name of party or parties)

August 16, 2005
Date

_/s/ Arthur Y. Tsien_
Signature

Arthur Y. Tsien
Print Name

411579
BAR IDENTIFICATION

1400 Sixteenth Street, N.W. Suite 400
Address

Washington, D.C.   20036
City    State    Zip Code

202/789-1212
Phone Number

CERTIFICATE OF SERVICE

      I, Arthur Y. Tsien, hereby certify that I caused the foregoing ENTRY OF APPEARANCE FOR ARTHUR Y. TSIEN to be served via e-mail and the District Court's Electronic Filing System (ECF) upon:

Jay P. Lefkowitz
KIRKLAND & ELLIS LLP
655 15th Street NW, Suite 1200
Washington, D.C. 20005

*Counsel for Plaintiff Teva Pharmaceuticals USA, Inc.*

Andrew E. Clark
Office of Consumer Litigation
U.S. DEPARTMENT OF JUSTICE
P.O. Box 386
Washington, D.C. 20044

*Counsel for Defendants Food and Drug Administration, et al.*

Kate C. Beardsley
BUC & BEARDSLEY
919 Eighteenth Street NW, Suite 600
Washington, D.C. 20006

*Counsel for Intervenor-Defendant Ranbaxy Pharmaceuticals, Inc.*

This 16th day of August, 2005.

                /s/
Arthur Y. Tsien, D.C. Bar No. 411579
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220
(202) 789-1212
(202) 234-3550 (facsimile)