AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Teva Pharmaceuticals USA, Inc.,

      Plaintiff(s)

vs.

Food and Drug Administration, et al.,

      Defendant(s)

**APPEARANCE**

CASE NUMBER 05-1469 (JDB)

Apotex Inc.
    Intervenor-Defendant

To the Clerk of this court and all parties of record:

Please enter the appearance of __William A. Rakoczy__ as counsel in this
                                      (Attorney's Name)

case for: __Apotex Inc.__
               (Name of party or parties)

August 16, 2005
Date

_____
Signature

William A. Rakoczy
Print Name

489082
BAR IDENTIFICATION

6 West Hubbard St., Suite 500
Address

Chicago, IL  60610
City    State    Zip Code

(312) 222-6301
Phone Number

# CERTIFICATE OF SERVICE

I, Arthur Y. Tsien, hereby certify that I caused the foregoing ENTRY OF APPEARANCE FOR WILLIAM A. RAKOCZY to be served via e-mail and the District Court's Electronic Filing System (ECF) upon:

Jay P. Lefkowitz
KIRKLAND & ELLIS LLP
655 15th Street NW, Suite 1200
Washington, D.C. 20005

*Counsel for Plaintiff Teva Pharmaceuticals USA, Inc.*

Andrew E. Clark
Office of Consumer Litigation
U.S. DEPARTMENT OF JUSTICE
P.O. Box 386
Washington, D.C. 20044

*Counsel for Defendants Food and Drug Administration*

Kate C. Beardsley
BUC & BEARDSLEY
919 Eighteenth Street NW, Suite 600
Washington, D.C. 20006

*Counsel for Intervenor-Defendant Ranbaxy Pharmaceuticals, Inc.*

This 16th day of August, 2005.      _____/s/_____
Arthur Y. Tsien, D.C. Bar No. 411579
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220
(202) 789-1212
(202) 234-3550 (facsimile)