IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-1469 (JDB) |
| ) | |
| FOOD AND DRUG ADMINISTRATION, ) | |
| *et al.*, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| APOTEX INC. ) | |
| ) | |
| Intervenor-Defendant. ) | |

**APOTEX INC.'S
DISCLOSURE STATEMENT UNDER LCvR 7.1**

I, the undersigned, counsel of record for Plaintiff Apotex Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Apotex Inc., which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: August 16, 2005.                    Respectfully Submitted,

                                                  APOTEX INC.

                                                  /s/
                                                Arthur Y. Tsien, D.C. Bar No. 411579
                                                OLSSON, FRANK AND WEEDA, P.C.
                                                1400 16th Street, N.W., Suite 400
                                                Washington, D.C. 20036-2220
                                                (202) 789-1212
                                                (202) 234-3550 (facsimile)

<u>Of Counsel</u>:
William A. Rakoczy, D.C. Bar No. 489082
Christine Siwik
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
(312) 222-6301
(312) 222-6321 (facsimile)
wrakoczy@rmmslegal.com

*Counsel for Apotex Inc.*