**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| TEVA PHARMACEUTICALS USA, INC. ) | |
| Plaintiff, ) | |
| v. ) | Case No. 05-1469 (JDB) |
| FOOD AND DRUG ADMINISTRATION, ) *et al.*, ) | |
| Defendants, ) | |
| APOTEX INC. ) | |
| Intervenor-Defendant. ) | |

**MOTION FOR LEAVE FOR COUNSEL TO APPEAR *PRO HAC VICE***

Plaintiff Apotex Inc., by its attorneys, Olsson, Frank and Weeda, P.C., by Arthur Y. Tsien, moves this court to allow Christine J. Siwik to appear as co-counsel *pro hac vice* for Apotex Inc. in this case and in support of this Motion states as follows:

1. Mr. Tsien is a practicing attorney duly admitted to the Bar of the District of Columbia and admitted to practice before this Court. Mr. Tsien is a principle with the firm of Olsson, Frank and Weeda, P.C., and is acquainted with Ms. Siwik. Mr. Tsien will continue to serve as counsel for Apotex Inc., to be joined by Ms. Siwik.

2. Christine J. Siwik is a partner of the firm of Rakoczy Molino Mazzochi Siwik LLP. Her address is 6 West Hubbard Street, Suite 500, Chicago, Illinois 60610. Her telephone number is (312) 222-6304. She is a practicing attorney and a member in good standing of the Bar of the State of Illinois (1995), as well as of the following courts: United States Court of Appeals for the Federal Circuit (1997), United States Court of Appeals for the

-2-

District of Columbia Circuit (1997), United States Court of Appeals for the Fourth Circuit (2002), and the United States District Court for the Northern District of Illinois (1995).

3.  Ms. Siwik has been admitted to appear *pro hac vice* before this Court three times in the past two years. She has never been held in contempt of any court, has never been convicted of any crime, or publicly reprimanded, censured, suspended, disciplined, or disbarred by any court.

4.  Ms. Siwik is familiar with: (i) the provisions of the Judicial Code (Title 28 U.S.C.) that pertain to the jurisdiction of and practice in the United States District Court; (ii) the Federal Rules of Civil Procedure; (iii) the Rules of the United States District Court for the District of Columbia; (iv) the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals except as otherwise provided by specific rules of this court, and will faithfully adhere thereto; and (v) the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

Dated: August 16, 2005                                  Respectfully submitted,


                                                        _____/s/_____
                                                        Arthur Y. Tsien, Bar No. 411579
                                                        OLSSON, FRANK AND WEEDA P.C.
                                                        1400 16th Street, N.W., Suite 400
                                                        Washington, D.C. 20036-2220
                                                        (202) 789-1212 (telephone)
                                                        (202) 234-3537 (facsimile)

                                                        *Counsel to Apotex Inc.*

## CERTIFICATE OF SERVICE

I, Arthur Y. Tsien, hereby certify that I caused the foregoing MOTION FOR LEAVE FOR COUNSEL TO APPEAR *PRO HAC VICE* to be served via e-mail and the District Court's Electronic Filing System (ECF) upon:

Jay P. Lefkowitz
KIRKLAND & ELLIS LLP
655 15th Street NW, Suite 1200
Washington, D.C. 20005

*Counsel for Plaintiff Teva Pharmaceuticals USA, Inc.*

Andrew E. Clark
Office of Consumer Litigation
U.S. DEPARTMENT OF JUSTICE
P.O. Box 386
Washington, D.C. 20044

*Counsel for Defendants Food and Drug Administration*

Kate C. Beardsley
BUC & BEARDSLEY
919 Eighteenth Street NW, Suite 600
Washington, D.C. 20006

*Counsel for Intervenor-Defendant Ranbaxy Pharmaceuticals, Inc.*


This 16th day of August, 2005.             _____/s/_____
                                           Arthur Y. Tsien, D.C. Bar No. 411579
                                           OLSSON, FRANK AND WEEDA, P.C.
                                           1400 16th Street, N.W., Suite 400
                                           Washington, D.C. 20036-2220
                                           (202) 789-1212
                                           (202) 234-3550 (facsimile)