IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>FOOD AND DRUG ADMINISTRATION, )<br>*et al.*, )<br><br>Defendants, )<br><br>APOTEX INC. )<br><br>Intervenor-Defendant. ) | Case No. 05-1469 (JDB) |

## DECLARATION OF CHRISTINE J. SIWIK

1. I am Christine J. Siwik, a partner of the firm of Rakoczy Molino Mazzochi Siwik LLP, 6 West Hubbard Street, Suite 500, Chicago, Illinois 60610. My telephone number is (312) 222-6304.

2. I submit this Declaration in support of Apotex Inc.'s Motion For Leave For Counsel to Appear *Pro Hac Vice* in the above-captioned matter.

3. I am a practicing attorney and a member in good standing of the Bar of the State of Illinois (1995), as well as of the following courts: United States Court of Appeals for the Federal Circuit (1997), United States Court of Appeals for the District of Columbia Circuit (1997), United States Court of Appeals for the Fourth Circuit (2002), and the United States District Court for the Northern District of Illinois (1995).

4. I have been admitted to appear *pro hac vice* before this Court three times during the past two years. I have never been held in contempt of any court and have never been

-2-

convicted of any crime or publicly reprimanded, censured, suspended, disciplined, or disbarred by any court.

5. I am familiar with: (i) the provisions of the Judicial Code (Title 28 U.S.C.) that pertain to the jurisdiction of and practice in the United States District Court; (ii) the Federal Rules of Civil Procedure; (iii) the Rules of the United States District Court for the District of Columbia; and (iv) the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals except as otherwise provided by specific rules of this court, and will faithfully adhere thereto; and (v) the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

6. Wherefore, I respectfully request that I be admitted *pro hac vice* for all purposes in this action.

I HEREBY DECLARE, pursuant to 28 U.S.C. § 1746, under penalty of perjury and the laws of the United States of America, that the foregoing is true and correct.

Dated this 16th day of August, 2005.

_____
Christine J. Siwik

## CERTIFICATE OF SERVICE

I, Arthur Y. Tsien, hereby certify that I caused the foregoing DECLARATION OF CHRISTINE J. SIWIK to be served via e-mail and the District Court's Electronic Filing System (ECF) upon:

Jay P. Lefkowitz
KIRKLAND & ELLIS LLP
655 15th Street NW, Suite 1200
Washington, D.C. 20005

*Counsel for Plaintiff Teva Pharmaceuticals USA, Inc.*

Andrew E. Clark
Office of Consumer Litigation
U.S. DEPARTMENT OF JUSTICE
P.O. Box 386
Washington, D.C. 20044

*Counsel for Defendants Food and Drug Administration*

Kate C. Beardsley
BUC & BEARDSLEY
919 Eighteenth Street NW, Suite 600
Washington, D.C. 20006

*Counsel for Intervenor-Defendant Ranbaxy Pharmaceuticals, Inc.*

This 16th day of August, 2005.

_____/s/_____
Arthur Y. Tsien, D.C. Bar No. 411579
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220
(202) 789-1212
(202) 234-3550 (facsimile)