**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TEVA PHARMACEUTICALS USA, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 05-1469 (JDB) |
| FOOD AND DRUG ADMINISTRATION, *et al.*, | ) ) ) ) | |
| Defendants, | ) ) | |
| APOTEX INC. | ) ) | |
| Intervenor-Defendant. | ) ) | |

**[PROPOSED] ORDER**

Before me is the motion of Apotex Inc., filed pursuant to Local Rule 83.2(c), for leave for Christine J. Siwik to appear as co-counsel *pro hac vice* in the above-captioned action. Having considered the Motion, it is hereby

ORDERED that the motion be GRANTED.

The Clerk shall act accordingly.

It is so ordered this ___ day of _____, 2005.

_____
John D. Bates
United States District Judge

## SERVICE LIST

Jay P. Lefkowitz
KIRKLAND & ELLIS LLP
655 15th Street NW, Suite 1200
Washington, D.C. 20005

Andrew E. Clark
Office of Consumer Litigation
U.S. DEPARTMENT OF JUSTICE
P.O. Box 386
Washington, D.C. 20044

Kate C. Beardsley
BUC & BEARDSLEY
919 Eighteenth Street NW, Suite 600
Washington, D.C. 20006

Arthur Y. Tsien, D.C. Bar No. 411579
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220

William A. Rakoczy, D.C. Bar No. 489082
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois  60610