UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FOOD AND DRUG ADMINISTRATION, ) <br> et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-1469 (JDB) |

## NOTICE OF FILING ADMINISTRATIVE RECORD

Federal defendants hereby file the certified administrative record in the above-captioned matter. The record, which is being lodged in paper format with the Clerk of the Court, was served on counsel for all parties via overnight delivery on August 16, 2005.

Of counsel:

PAULA M. STANNARD
Acting General Counsel

SHELDON T. BRADSHAW
Associate General Counsel
Food and Drug Division

ERIC M. BLUMBERG
Deputy Chief Counsel, Litigation

WENDY S. VICENTE
Associate Chief Counsel
U.S. Dept. of Health & Human Services
Office of the General Counsel
5600 Fishers Lane
Rockville, MD  20857
(301) 827-7138

August 16, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

EUGENE M. THIROLF
Director

        /s/
ANDREW E. CLARK
Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
Tel:  (202) 307-0067
Fax:  (202) 514-8742

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Filing to be served via the District Court's electronic filing (ECF) system upon:

Jay P. Lefkowitz
Steven A. Engel
KIRKLAND & ELLIS
655 15th Street, N.W., Suite 1200
Washington, D.C. 20005
*Counsel for Plaintiff Teva Pharmaceuticals USA, Inc.*

Arthur Y. Tsien
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220
*Counsel for Intervenor-Defendant Apotex Inc.*

William A. Rakoczy
Christine J. Siwik
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
*Counsel for Intervenor-Defendant Apotex Inc.*

Kate C. Beardsley
Carmen M. Shepard
BUC & BEARDSLEY
919 Eighteenth Street, NW, Suite 600
Washington, DC 20006
*Counsel for Intervenor-Defendant Ranbaxy Laboratories Limited et al.*

this 16th day of August, 2005.

                                                    /s/
                                        Andrew E. Clark