# Exhibit 2

Department of Health and Human Services
Public Health Service
Food and Drug Administration
Center for Drug Evaluation and Research
Office of Generic Drugs
Rockville, Maryland
FDA

To: Kate Beardsley
Carmen Shepard
~~Buc + Beardsley~~

Phone: _____

From: Gary Buehler

Phone: (301) 827-5845

Fax: 202-736-3608

Fax: (301) 594-0183

Number of Pages: 2
(Including Cover Sheet)

Comments:
_____
_____
_____
_____

THIS DOCUMENT IS INTENDED ONLY FOR THE USE OF THE PARTY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW.

If you are not the addressee, or a person authorized to deliver the document to the addressee, this communication is not authorized. If you have received this document in error, please immediately notify us by telephone and return it to us at the above address by mail. Thank you.

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

Food and Drug Administration
Rockville MD 20857

AUG 2 4 2005

Kate C. Beardsley
Carmen M. Shepard
Buc & Beardsley
919 Eighteenth Street, N.W.
Washington, D.C. 20006-5503

Dear Ms. Beardsley and Ms. Shepard:

I have received your letter of August 23, 2005, requesting reconsideration of FDA's June 28, 2005 decision that any exclusivity for pravastatin sodium tablets 80 mg under section 505(j)(5)(B)(iv) of the Federal Food, Drug, and Cosmetic Act arising from U.S. Patents No. 5,030,447, No. 5,180,589, and No. 5,622,985, has expired. You have asked that the agency confirm that it will reconsider its decision.

In light of the points you have raised in your letter, FDA will reconsider its exclusivity decision as it applies to abbreviated new drug applications (ANDAs) for the 80 mg strength of pravastatin sodium tablets. As part of the reconsideration process, FDA will also review any submissions on the issue from other applicants seeking approval of ANDAs for the 80 mg strength of pravastatin sodium tablets.

Sincerely,

Gary Buehler
Director
Office of Generic Drugs
Center for Drug Evaluation and Research

cc: Elizabeth Dickinson, Office of Chief Counsel
Andrew E. Clark, Office of Consumer Litigation, DOJ

William A. Rakoczy/Christine J. Siwik, Rakoczy Molino Mazzochi LLP

Arthur Y. Tsien, Olsson, Frank and Weeda, P.C.

Jay P. Lefkowitz/Pamela J. Auerbach/Steven A. Engel/John C. O'Quinn, Kirkland & Ellis LLP