# EXHIBIT C

Case 1:05-cv-01469-JDB    Document 19-4    Filed 08/25/2005    Page 1 of 2



**DEPARTMENT OF HEALTH & HUMAN SERVICES**  Public Health Service

Food and Drug Administration
Rockville MD 20857

AUG 2 4 2005

Kate C. Beardsley
Carmen M. Shepard
Buc & Beardsley
919 Eighteenth Street, N.W.
Washington, D.C. 20006-5503

Dear Ms. Beardsley and Ms. Shepard:

I have received your letter of August 23, 2005, requesting reconsideration of FDA's June 28, 2005 decision that any exclusivity for pravastatin sodium tablets 80 mg under section 505(j)(5)(B)(iv) of the Federal Food, Drug, and Cosmetic Act arising from U.S. Patents No. 5,030,447, No. 5,180,589, and No. 5,622,985, has expired. You have asked that the agency confirm that it will reconsider its decision.

In light of the points you have raised in your letter, FDA will reconsider its exclusivity decision as it applies to abbreviated new drug applications (ANDAs) for the 80 mg strength of pravastatin sodium tablets. As part of the reconsideration process, FDA will also review any submissions on the issue from other applicants seeking approval of ANDAs for the 80 mg strength of pravastatin sodium tablets.

Sincerely,

Gary Buehler
Director
Office of Generic Drugs
Center for Drug Evaluation and Research

cc: Elizabeth Dickinson, Office of Chief Counsel
Andrew E. Clark, Office of Consumer Litigation, DOJ

William A. Rakoczy/Christine J. Siwik, Rakoczy Molino Mazzochi LLP

Arthur Y. Tsien, Olsson, Frank and Weeda, P.C.

Jay P. Lefkowitz/Pamela J. Auerbach/Steven A. Engel/John C. O'Quinn, Kirkland & Ellis LLP