UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TEVA PHARMACEUTICALS USA, INC. ) <br> ) <br> *Plaintiff*, ) <br> ) <br> *v.* ) <br> ) <br> FOOD AND DRUG ADMINISTRATION, ) <br> MICHAEL O. LEAVITT, and ) <br> LESTER M. CRAWFORD, ) <br> ) <br> *Defendants.* ) <br> ) | Civil Action No. 1:05-CV-01469 (JDB) |

**[PROPOSED] ORDER GRANTING THE MOTION OF THE
GENERIC PHARMACEUTICAL ASSOCIATION
FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE*
IN SUPPORT OF PLAINTIFF'S MOTION
FOR A PRELIMINARY INJUNCTION**

This matter is before the Court on the motion of the Generic Pharmaceutical Association ("GPhA") for leave to file an *amicus curiae* brief in support of Plaintiff's pending motion for a preliminary injunction (which has been converted to a motion for summary judgment). Upon consideration of the motion, any response thereto, and the record herein, it is this _____ day of September, 2005,

ORDERED that GPhA's motion be, and hereby is, GRANTED.

Hon. John D. Bates
United States District Judge