UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION,<br>MICHAEL O. LEAVITT, and<br>LESTER M. CRAWFORD,<br><br>*Defendants*. | Civil Action No. 1:05-CV-01469 (JDB) |

**CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 7.1
SUBMITTED ON BEHALF OF PROPOSED *AMICUS CURIAE*
GENERIC PHARMACEUTICAL ASSOCIATION**

The undersigned counsel of record for proposed *amicus curiae* Generic Pharmaceutical Association ("GPhA") certifies that, to the best of his knowledge and belief, GPhA is a trade association and has no parents, subsidiaries, or affiliates that have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: Washington, DC
       30 August 2005

Respectfully submitted,

/s/ Theodore Case Whitehouse
Theodore Case Whitehouse
DC Bar No. 298331
WILLKIE FARR & GALLAGHER LLP
1875 K Street, NW
Washington, DC 20006-1238
Telephone: 202-303-1000
Facsimile: 202-303-2000

Counsel for *Amicus Curiae*
The Generic Pharmaceutical Association