AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Teva Pharmaceuticals USA, Inc.,

      Plaintiff(s)  ) **APPEARANCE**

vs.  ) CASE NUMBER 1:05-cv-1469 (JDB)

Food and Drug Adminsitration, et al.,

      Defendant(s)

Apotex, Inc.,
    Intervenor-Defendant.

To the Clerk of this court and all parties of record:

Please enter the appearance of __Patricia E. Pahl__ as counsel in this
                              (Attorney's Name)

case for: __Apotex, Inc.__
           (Name of party or parties)

September 9, 2005
Date

*/s/ Patricia E. Pahl*
Signature

427347
BAR IDENTIFICATION

Patricia E. Pahl
Print Name

1400 16th Street, N.W.
Address

Washington, D.C. 20036
City    State    Zip Code

202 789-1212
Phone Number

## CERTIFICATE OF SERVICE

I, Patricia E. Pahl, hereby certify that, on this 9th day of September 2005, a true and correct copy of the foregoing Notice of Appearance was served on the following by means of the court's Electronic Filing System (ECF) and by electronic mail:

Jay P. Lefkowitz
KIRKLAND & ELLIS LLP
655 15th Street, N.W., Suite 1200
Washington, D.C. 20005

*Counsel for Plaintiff Teva Pharmaceuticals USA, Inc.*

Andrew E. Clark
Office of Consumer Litigation
U.S. DEPARTMENT OF JUSTICE
P.O. Box 386
Washington, D.C. 20044

*Counsel for Defendants Food and Drug Administration, et al.*

Theodore Case Whitehouse
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238

*Counsel for Intervenor-Defendant Ranbaxy Pharmaceuticals, Inc.*

Patricia E. Pahl (D.C. Bar 427347)
OLSSON FRANK AND WEEDA, PC
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036
(202) 798-1212
(202) 234-3550 (facsimile)
tpahl@ofwlaw.com