UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOOD AND DRUG ADMINISTRATION, )<br>et al., )<br>)<br>Defendants )<br>)<br>APOTEX INC., )<br>)<br>Intervenor-Defendant. )<br>_____) | Civil Action No. 05-1469 (JDB) |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

  Federal defendants hereby move for a 60-day extension of time in which to answer plaintiff's complaint.  Plaintiff filed its complaint for declaratory and injunctive relief on July 26, 2005, and served it, together with a motion for preliminary injunction, on July 27, 2005.  Federal defendants agreed to the Court's consolidation of plaintiff's motion with the merits under Fed. R. Civ. P. 65(a)(2) and have filed a brief in opposition to plaintiff's motion that responds to the claims plaintiff has raised.  Intervenor-defendant Apotex Inc. has also filed a brief in opposition, and plaintiff has filed a reply brief.  Accordingly, the issues in this case are fully joined, and the Court will be in a position to render final judgment on the merits on or after the hearing on plaintiff's motion, which is scheduled for September 26, 2005.

  At present, federal defendants' answer to plaintiff's complaint is due on or before September 26, 2005, the same date as the hearing.  Because the need for an answering pleading will in all likelihood be mooted on or shortly after September 26, federal defendants request that

their deadline for answering the complaint be extended by 60 days in order to allow time for the Court to enter judgment disposing of this case.

Counsel for federal defendants have consulted with plaintiff's counsel and intervenor's counsel concerning this matter and have been advised that neither party objects to federal defendants' request for additional time. Accordingly, federal defendants respectfully request that the Court enter the attached order extending the deadline for federal defendants to answer plaintiff's complaint by 60 days, to November 25, 2005.

|  |  |
|---|---|
| Of Counsel: | Respectfully submitted, |
| PAULA M. STANNARD<br>Acting General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| SHELDON T. BRADSHAW<br>Chief Counsel, Food and Drug Division | EUGENE M. THIROLF<br>Director<br>Office of Consumer Litigation |
| ERIC M. BLUMBERG<br>Deputy Chief Counsel, Litigation |  |
| WENDY S. VICENTE<br>Associate Chief Counsel | /s/<br>ANDREW E. CLARK<br>Attorney<br>Office of Consumer Litigation |
| U.S. Dept. of Health & Human Services<br>Office of the General Counsel<br>5600 Fishers Lane<br>Rockville, MD  20857<br>(301) 827-7138 | U.S. Department of Justice<br>P.O. Box 386<br>Washington, D.C.  20044<br>Tel:  (202) 307-0067<br>Fax:  (202) 514-8742 |

Dated:   September 16, 2005

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a copy of the foregoing Unopposed Motion for Extension of Time to Answer Complaint to be served via the District Court's electronic filing (ECF) system upon:

Jay P. Lefkowitz
Steven A. Engel
KIRKLAND & ELLIS
655 15th Street, N.W., Suite 1200
Washington, D.C. 20005
*Counsel for Plaintiff Teva Pharmaceuticals USA, Inc.*

Arthur Y. Tsien
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220
*Counsel for Intervenor-Defendant Apotex Inc.*

William A. Rakoczy
Christine J. Siwik
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
*Counsel for Intervenor-Defendant Apotex Inc.*

this 16th day of September, 2005.

                                                  /s/
                                      Andrew E. Clark