## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1469 (JDB) |
| ) | |
| FOOD AND DRUG ADMINISTRATION, ) | |
| et al., ) | |
| ) | |
| Defendants ) | |
| ) | |
| APOTEX INC., ) | |
| ) | |
| Intervenor-Defendant. ) | |

### ORDER

Upon consideration of Federal Defendants' Unopposed Motion for Extension of Time to Answer Complaint, it is hereby

**ORDERED** that the motion is granted. The deadline for federal defendants to answer plaintiff's complaint shall be extended by an additional 60 days to November 25, 2005.

Dated this ____ day of September, 2005.

_____
JOHN D. BATES
United States District Judge