UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TEVA PHARMACEUTICALS USA, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION, MICHAEL O. LEAVITT, and LESTER M. CRAWFORD,<br><br>*Defendants.* | Civil Action No. 1:05-CV-01469 (JDB) |

**CERTIFICATE OF PROPOSED *AMICUS CURIAE*
GENERIC PHARMACEUTICAL ASSOCIATION
PURSUANT TO LOCAL CIVIL RULE 7(m)**

Pursuant to this Court's Local Civil Rule 7(m), undersigned counsel for proposed *amicus curiae* the Generic Pharmaceutical Association ("GPhA") respectfully certifies that, on 29 August 2005, he spoke by telephone with Andrew E. Clark, Esq., counsel for defendants Food and Drug Administration and Lester M. Crawford. In that conversation, counsel for GPhA advised counsel for defendants of GPhA's desire to submit a brief as *amicus curiae* and

was advised by counsel for defendants that defendants would not consent to the submission of such a brief and reserved the right to oppose GPhA's motion for leave to file.

Respectfully submitted,

Theodore Case Whitehouse
DC Bar No. 298331
WILLKIE FARR & GALLAGHER LLP
1875 K Street, NW
Washington, DC 20006-1238
Telephone: 202-303-1000
Facsimile: 202-303-2000

Counsel for Proposed *Amicus Curiae*
The Generic Pharmaceutical Association

Dated: Washington, DC
19 September 2005