**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 05-1469 (JDB)<br>) |
| FOOD AND DRUG ADMINISTRATION, *et al.*, | )<br>) |
| Defendants, | )<br>) |
| APOTEX INC. | )<br>) |
| Intervenor-Defendant. | )<br>)<br>)<br>) |

**APOTEX INC.'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

Intervenor-Defendant Apotex Inc. ("Apotex") respectfully moves for a 60-day extension of time in which to answer Plaintiff Teva Pharmaceuticals USA, Inc.'s ("Teva") complaint. On July 26, 2005, Teva filed its complaint along with a motion for preliminary injunction. These documents were served on the federal defendants (hereinafter, "FDA") on July 27, 2005. On August 1, 2005, the parties filed a Stipulation of Intervention agreeing to Apotex's participation as Intervenor-Defendant in this matter for all purposes. The proposed Order stated that Apotex "shall file its answer by the same date on which the answer of the Defendants is due." (Docket entry #5.) Apotex was granted leave to intervene as a party in this matter for all purposes by order of the Court on August 9, 2005.

Briefing on Teva's motion for preliminary injunction is now complete. The Court has consolidated the motion for preliminary injunction with a request for permanent injunction on the merits, and a hearing is scheduled for September 26, 2005.

On September 16, 2005, FDA filed an unopposed motion for an extension of time to answer the complaint on the grounds that the Court will likely be in a position to issue a final judgment on the merits following the September 26 hearing, rendering the need for answering the complaint moot. The Court granted FDA's motion and reset the deadline by which FDA must answer the complaint to November 25, 2005.

For the same reasons expressed in FDA's unopposed motion, and in light of the understanding of the parties that Apotex file its answer by the same date that FDA answers, Apotex requests that the Court enter the attached order extending the time for Apotex to answer the complaint by 60 days, to November 25, 2005. Counsel for Apotex has consulted with counsel for Teva and FDA, and neither party objects to Apotex's request for additional time.

Dated: September 20, 2005.                    Respectfully submitted,

                                              APOTEX INC.

                                              By:  _____/s/_____
                                                 William A. Rakoczy, D.C. Bar No. 489082
                                                 RAKOCZY MOLINO MAZZOCHI SIWIK LLP
                                                 6 West Hubbard Street, Suite 500
                                                 Chicago, Illinois 60610

Arthur Y. Tsien, D.C. Bar No. 411579
Patricia E. Pahl, D.C. Bar No. 427347
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220
(202) 789-1212
(202) 234-3550 (facsimile)

<u>Of Counsel</u>:
William A. Rakoczy, D.C. Bar No. 489082
Christine J. Siwik (admitted *pro hac vice*)
Lara E. Monroe-Sampson
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
(312) 222-6301
(312) 222-6321 (facsimile)

*Counsel for Intervenor-Defendant Apotex Inc.*

## CERTIFICATE OF SERVICE

    I, William A. Rakoczy, hereby certify that I caused the foregoing Apotex Inc.'s Unopposed Motion for Extension of Time to Answer Complaint to be served via e-mail and the District Court's Electronic Filing System (ECF) upon:

>Jay P. Lefkowitz
>Steven Andrew Engel
>KIRKLAND & ELLIS LLP
>655 15th Street NW, Suite 1200
>Washington, D.C. 20005
>
>*Counsel for Plaintiff Teva Pharmaceuticals USA, Inc.*
>
>Andrew E. Clark
>Office of Consumer Litigation
>U.S. DEPARTMENT OF JUSTICE
>P.O. Box 386
>Washington, D.C. 20044
>
>*Counsel for Defendants Food and Drug Administration,*
>*Michael O. Leavitt, and Lester M. Crawford*

This 20th day of September, 2005.   _____/s/_____
                                                            William A. Rakoczy, D.C. Bar No. 489082

                                                            RAKOCZY MOLINO MAZZOCHI SIWIK LLP
                                                            6 West Hubbard Street, Suite 500
                                                            Chicago, Illinois 60610
                                                            (312) 222-6301
                                                            (312) 222-6321 (facsimile)