# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TEVA PHARMACEUTICALS USA, INC. ) ) Plaintiff, ) ) v. ) ) FOOD AND DRUG ADMINISTRATION, *et al.*, ) ) Defendants, ) ) APOTEX INC. ) ) Intervenor-Defendant. ) ) ) ) | Case No. 05-1469 (JDB) |

## ORDER

Upon consideration of Apotex Inc.'s Unopposed Motion for Extension of Time to Answer Complaint, it is hereby

**ORDERED** that the motion is granted. The deadline for Intervenor-Defendant Apotex Inc. to answer plaintiff's complaint shall be extended by 60 days to November 25, 2005.

Dated this ____ day of September, 2005

_____
JOHN D. BATES
United States District Judge

## CERTIFICATE OF SERVICE

I, William A. Rakoczy, hereby certify that I caused the foregoing Apotex Inc.'s proposed Order to be served via e-mail and the District Court's Electronic Filing System (ECF) upon:

>Jay P. Lefkowitz
>Steven Andrew Engel
>KIRKLAND & ELLIS LLP
>655 15th Street NW, Suite 1200
>Washington, D.C. 20005
>
>*Counsel for Plaintiff Teva Pharmaceuticals USA, Inc.*
>
>Andrew E. Clark
>Office of Consumer Litigation
>U.S. DEPARTMENT OF JUSTICE
>P.O. Box 386
>Washington, D.C. 20044
>
>*Counsel for Defendants Food and Drug Administration,*
>*Michael O. Leavitt, and Lester M. Crawford*

This 20th day of September, 2005.    _____/s/_____
William A. Rakoczy, D.C. Bar No. 489082

RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
(312) 222-6301
(312) 222-6321 (facsimile)

## SERVICE LIST

Jay P. Lefkowitz
Steven Andrew Engel
KIRKLAND & ELLIS LLP
655 15th Street NW, Suite 1200
Washington, D.C. 20005

*Counsel for Plaintiff Teva Pharmaceuticals USA, Inc.*

Andrew E. Clark
Office of Consumer Litigation
U.S. DEPARTMENT OF JUSTICE
P.O. Box 386
Washington, D.C. 20044

*Counsel for Defendants Food and Drug Administration,
Michael O. Leavitt, and Lester M. Crawford*

Arthur Y. Tsien
Patricia E. Pahl
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220

William A. Rakoczy
Christine J. Siwik
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois  60610

*Counsel for Intervenor-Defendant Apotex Inc.*