UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
TEVA PHARMACEUTICALS USA, INC.,   )
                                  )
          Plaintiff,              )
                                  )
     v.                           )   Civil Action No. 05-1469 (JDB)
                                  )
FOOD AND DRUG ADMINISTRATION,     )
et al.,                           )
                                  )
          Defendants              )
                                  )
APOTEX INC.,                      )
                                  )
          Intervenor-Defendant.   )
_____)

## PRAECIPE

The Clerk will please enter the appearance of **Jeffrey Bucholtz,** Deputy Assistant Attorney General, United States Department of Justice, as counsel for federal defendants in the above-entitled case.

                                              Respectfully submitted,

                                              JEFFREY BUCHOLTZ
Deputy Assistant Attorney General
Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 514-3045

                                                  /s/
ANDREW E. CLARK
Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C.  20044
(202) 307-0067

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Praecipe to be served via the District Court's electronic filing (ECF) system upon:

Jay P. Lefkowitz
Steven A. Engel
KIRKLAND & ELLIS
655 15th Street, N.W., Suite 1200
Washington, D.C. 20005
*Counsel for Plaintiff Teva Pharmaceuticals USA, Inc.*

Arthur Y. Tsien
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220
*Counsel for Intervenor-Defendant Apotex Inc.*

William A. Rakoczy
Christine J. Siwik
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
*Counsel for Intervenor-Defendant Apotex Inc.*

this 21st day of September, 2005.

                                                                                 /s/
                                                          Andrew E. Clark