AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Teva Pharmaceuticals USA, Inc.

       Plaintiff(s)　　　　)
　　　　　　　　　　　　　　　) **APPEARANCE**
　　　　　　　　　　　　　　　)
　　　　　vs.　　　　　　　　) CASE NUMBER　05-1469
Food & Drug Administration, et al.　)
　　　　　　　　　　　　　　　)
       Defendant(s)　　　　)

To the Clerk of this court and all parties of record:

Please enter the appearance of __John C. O'Quinn__ as counsel in this
　　　　　　　　　　　　　　　(Attorney's Name)

case for: __Teva Pharmaceuticals USA, Inc.__
　　　　　　　(Name of party or parties)

October 10, 2005
Date

_____
Signature

John C. O'Quinn
Print Name

DC 485936
BAR IDENTIFICATION

Kirkland & Ellis LLP, 655 15th St NW
Address

Washington, DC　　　　20005
City　　　State　　　Zip Code

202 879-5000
Phone Number