## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**TEVA PHARMACEUTICALS USA, INC.,**

      **Plaintiff,**

      **v.**

**FOOD AND DRUG ADMINISTRATION,**
**et al.,**

      **Defendants,**

**APOTEX INC.,**

      **Intervenor-defendants.**

Civil Action No.  05-1469 (JDB)

### ORDER

Upon consideration of plaintiff Teva Pharmaceuticals USA, Inc.'s motion for permanent injunctive relief, the arguments of the parties, and the entire record herein, and for the reasons set forth in the accompanying memorandum opinion, it is this 21st day of October, 2005 hereby **ORDERED** that plaintiff's motion for permanent injunctive relief is **GRANTED**.  Judgment is accordingly entered in favor of plaintiff and against defendants.

              /s/   John D. Bates
                  JOHN D. BATES
            United States District Judge

Copies to:

Jay P. Lefkowitz
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005
(202) 879-5040
Fax: (202) 879-5200
Email: jlefkowitz@kirkland.com

John Caviness O'Quinn
KIRKLAND & ELLIS, LLP
655 15th Street, NW
Washington, DC 20005
(202) 879-5000
Email: joquinn@kirkland.com

Steven Andrew Engel
KIRKLAND & ELLIS, LLP
655 15th Street, NW
Suite 1200
Washington, DC 20005
(202) 879-5000
Email: sengel@kirkland.com

      *Counsel for plaintiff*

Andrew E. Clark
US DEPARTMENT OF JUSTICE
OFFICE OF CONSUMER LITIGATION
P.O. Box 386
Washington, DC 20044
(202) 307-0067
Fax: (202) 514-8742
Email: andrew.clark@usdoj.gov

Jeffrey Bucholtz
U. S. DEPARTMENT OF JUSTICE
950 Pennsylavania Avenue, NW
Washington, DC 20530
(202) 514-3045

      *Counsel for defendants*

Arthur Y. Tsien
OLSSON, FRANK AND WEEDA, PC

1400 16th Street, NW
Suite 400
Washington, DC 20036-2220
(202) 789-1212
Fax: (202) 234-3550
Email: atsien@ofwlaw.com

Christine J. Siwik
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60610
(312) 222-6304
Patricia Eggleston Pahl
OLSSON, FRANK & WEEDA, P.C.
1400 16th Street, NW
Washington, DC 20036-2220
(202) 518-6317
Fax: (202) 234-3537
Email: tpahl@ofwlaw.com
William A. Rakoczy
RAKOCZY MOLINO MAZZOCHI, LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60610
(312) 222-6301
Email: wrakoczy@rmmslegal.com

*Counsel for intervenor-defendants*

Theodore C. Whitehouse
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006-1238
(202) 303-1000
Fax: (202) 303-2370
Email: TWhitehouse@willkie.com

*Counsel for amicus curiae*