IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOOD AND DRUG ADMINISTRATION, *et al.*, )<br>)<br>Defendants, )<br>)<br>APOTEX INC., )<br>)<br>Intervenor-Defendant. )<br>) | Case No. 05-1469 (JDB) |

## NOTICE OF APPEAL

Notice is hereby given that Apotex Inc., Intervenor-Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgment and Memorandum Opinion in this action dated October 21, 2005, which granted plaintiff Teva Pharmaceuticals USA, Inc.'s motion for permanent injunctive relief, and from all interlocutory and other orders entered prior to entry of final judgment in this matter.

Dated: October 24, 2005

Respectfully submitted,

APOTEX INC.

By: _____
One of its attorneys

Arthur Y. Tsien, D.C. Bar No. 411579
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220
(202) 789-1212
(202) 234-3550 (facsimile)

William A. Rakoczy, D.C. Bar No. 489082
Christine J. Siwik (admitted *pro hac vice*)
Lara E. Monroe-Sampson
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
(312) 222-6301
(312) 222-6321 (facsimile)

*Counsel for Apotex Inc.*