IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 05-1469 (JDB)<br>) |
| FOOD AND DRUG ADMINISTRATION, *et al.*, | )<br>) |
| Defendants, | )<br>) |
| APOTEX INC. | )<br>) |
| Intervenor-Defendant. | )<br>)<br>)<br>) |

## MOTION FOR INJUNCTIVE RELIEF PENDING APPEAL

Pursuant to Rule 62 of the Federal Rules of Civil Procedure, Apotex Inc. hereby moves for injunctive relief staying the Court's October 21, 2005 final Order pending resolution of the appeal. The grounds for this motion are fully set forth in the accompanying memorandum filed contemporaneously herewith. In view of the exigent circumstances discussed in the memorandum, Apotex respectfully requests expedited briefing and consideration of this motion.

Apotex has contacted counsel for Teva Pharmaceuticals USA, Inc. and counsel for the Federal Defendants in advance of this filing. Teva has indicated that it expects to file a response to this motion.

Dated: November 18, 2005

Respectfully submitted,

APOTEX INC.

_____
William A. Rakoczy, D.C. Bar No. 489082
RAKOCZY MOLINO MAZZOCHI SIWIK LLP

6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
Tel: (312) 222-6301
Fax: (312) 222-6321

Arthur Y. Tsien, D.C. Bar. No. 411579
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220
Tel: (202) 789-1212
Fax: (202) 234-3550

William A. Rakoczy, D.C. Bar No. 489082
Christine J. Siwik (admitted *pro hac vice*)
Lara E. Monroe-Sampson
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
Tel: (312) 222-6301
Fax: (312) 222-6321

*Counsel for Apotex Inc.*

## CERTIFICATE OF SERVICE

I, William A. Rakoczy, hereby certify that I caused the foregoing MOTION FOR INJUNCTIVE RELIEF PENDING APPEAL to be served via hand-delivery upon:

Jay P. Lefkowitz
John C. O'Quinn
Steven A. Engel
KIRKLAND & ELLIS LLP
655 15th Street NW, Suite 1200
Washington, D.C. 20005

*Counsel for Teva Pharmaceuticals USA, Inc.*

Andrew E. Clark
Office of Consumer Litigation
U.S. DEPARTMENT OF JUSTICE
P.O. Box 386
Washington, D.C. 20044

*Counsel for Food and Drug Administration,
Michael O. Leavitt, and Lester M. Crawford*

Theodore C. Whitehouse
WILLKIE FARR & GALLAGHER LLP
1875 K Street, NW
Washington, D.C. 20006

*Counsel for the Generic Pharmaceutical Association*

This 18th day of November, 2005.

William A. Rakoczy, D.C. Bar No. 489082
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
(312) 222-6301
(312) 222-6321 (facsimile)

*Counsel for Apotex Inc.*