## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC.,     ) <br>        ) <br> Plaintiff,        ) <br>        ) <br> v.        ) <br>        ) <br> FOOD AND DRUG ADMINISTRATION, *et al.*,     ) <br>        ) <br> Defendants,        ) <br>        ) <br> APOTEX INC.,        ) <br>        ) <br> Intervenor-Defendant.        ) <br>        ) <br>        ) | Case No. 05-1469 (JDB) |

## DECLARATION OF WILLIAM A. RAKOCZY

I, WILLIAM A. RAKOCZY, declare as follows:

1.  I am a partner in the law firm of RAKOCZY MOLINO MAZZOCHI SIWIK LLP, counsel for Apotex Inc. ("Apotex").

2.  I am a practicing attorney and member in good standing of the Bar of the District of Columbia, and am admitted to practice before the United States District Court for the District of Columbia and before the United States Court of Appeals for the District of Columbia Circuit.

3.  I submit this Declaration in support of Apotex's Motion for Injunctive Relief Pending Appeal.

4.  I have personal knowledge of the facts stated in this Declaration and am competent to testify to the same.

5.     Attached hereto at Exhibit A is a true and accurate copy of the D.C. Circuit's July 26, 2004 Order in *Apotex Inc. v. FDA*, No. 04-5211, granting Apotex's emergency motion for injunction pending appeal.

6.     Attached hereto at Exhibit B is a true and accurate copy of selected excerpts from the Reply Brief of Plaintiff-Appellant, Teva Pharmaceuticals USA, Inc., filed May 17, 2004, in *Teva Pharmaceuticals USA, Inc. v. Pfizer, Inc.*, No. 04-1186 (Fed. Cir.).

7.     Attached hereto at Exhibit C is a true and accurate copy of selected excerpts from the Brief of Plaintiff-Appellant, Teva Pharmaceuticals USA, Inc., filed March 22, 2004, in *Teva Pharmaceuticals USA, Inc. v. Pfizer, Inc.*, No. 04-1186 (Fed. Cir.).

8.     Attached hereto at Exhibit D is a true and accurate copy of a letter dated September 7, 2004, and Tabs A and F attached thereto, from William A. Rakoczy and Christine J. Siwik, as counsel for Apotex, to Gary Buehler, Director, Office of Generic Drugs, regarding the 180-day exclusivity period for pravastatin sodium tablets.

9.     Attached hereto at Exhibit E is a true and accurate copy of a letter dated June 28, 2005, from Gary Buehler, Director, Office of Generic Drugs, to William A. Rakoczy and Christine J. Siwik, responding to Apotex's September 7, 2004 correspondence.

10.     Attached hereto at Exhibit F is a true and accurate copy of selected excerpts from Teva Pharmaceuticals USA, Inc.'s Renewed Application for Temporary Restraining Order and Motion for Preliminary Injunction, filed July 28, 1999, in *Teva Pharmaceuticals USA, Inc. v. FDA*, Civ. No. 99-00067 (CKK) (D.D.C.).

11.     Attached hereto at Exhibit G is a true and accurate copy of selected excerpts from the Reply Memorandum of Teva Pharmaceuticals USA, Inc. in Support of Application for

Temporary Restraining Order, and Motion for Preliminary and Permanent Injunctions, filed August 4, 1999, in *Teva Pharmaceuticals USA, Inc. v. FDA*, Civ. No. 99-00067 (CKK) (D.D.C.).

12.     Attached hereto at Exhibit H is a true and accurate copy of the August 14, 1998 Dismissal Order entered in *Teva Pharmaceuticals USA, Inc. v. Syntex (USA) Inc.*, Civ. No. C 98-02314 (CAL) (N.D. Cal.).

13.     Attached hereto at Exhibit I is a true and accurate copy of selected excerpts from the Transcript of Motions Hearing Before the Honorable John D. Bates, dated September 26, 2005, in *Teva Pharmaceuticals USA, Inc. v. FDA*, Civ. No. 05-1469 (JDB) (D.D.C.).

14.     Attached hereto at Exhibit J is a true and accurate copy of selected excerpts from the Transcript of Proceedings Before the Honorable Charles A. Legge, dated August 14, 1998, in *Teva Pharmaceuticals USA, Inc. v. Syntex (USA) Inc.*, Civ. No. C 98-02314 (CAL) (N.D. Cal.).

15.     Attached hereto at Exhibit K is a true and accurate copy of a letter dated May 21, 2003, from Gary Buehler, Director, Office of Generic Drugs, to Terry G. Mahn, Tom Scarlett, and Peter Safir, regarding 180-day exclusivity for brimonidine tartrate ophthalmic solution.

16.     Attached hereto at Exhibit L is a true and accurate copy of the Declaration of Tammy L. McIntire, submitted to the D.C. Circuit on November 15, 2005, in support of Apotex's Emergency Motion for a Stay Pending Appeal, in *Teva Pharmaceuticals USA, Inc. v. FDA*, No. 05-5401 (D.C. Cir.).

17.     Attached hereto at Exhibit M is a true and accurate copy of selected excerpts from the Brief of Appellant Teva Pharmaceuticals USA, Inc., filed February 1, 1999, in *Teva Pharmaceuticals USA, Inc. v. FDA*, No. 99-5022 (D.C. Cir.).

18.    Attached hereto at Exhibit N is a true and accurate copy of selected excerpts from the Brief of Appellee Teva Pharmaceuticals USA, Inc., filed April 26, 2000, in *Teva Pharmaceuticals USA, Inc. v. FDA*, Nos. 99-5287, 99-5342 (D.C. Cir.).

19.    Attached hereto at Exhibit O is a true and accurate copy of a press release dated October 21, 2005, from Teva Pharmaceutical Industries Ltd. announcing Teva's intent to launch its pravastatin products in April 2006.

20.    Attached hereto at Exhibit P is a true and accurate copy of selected excerpts from the Emergency Motion of Plaintiff-Appellant Apotex Inc. for Injunctive Relief Pending Appeal, filed June 21, 2004, in *Apotex Inc. v. FDA*, No. 04-5211 (D.C. Cir.).

21.    The foregoing facts are true and correct as I verify and believe.

Dated: November 18, 2005

4

I, WILLIAM A. RAKOCZY, hereby declare, under penalty of perjury under 28 U.S.C. § 1746 and the laws of the United States of America, that the foregoing Declaration is true and correct.

WILLIAM A. RAKOCZY

## CERTIFICATE OF SERVICE

I, William A. Rakoczy, hereby certify that I caused the foregoing DECLARATION OF WILLIAM A. RAKOCZY to be served via hand-delivery upon:

> Jay P. Lefkowitz
> John C. O'Quinn
> Steven A. Engel
> KIRKLAND & ELLIS LLP
> 655 15th Street NW, Suite 1200
> Washington, D.C. 20005
>
> *Counsel for Teva Pharmaceuticals USA, Inc.*
>
> Andrew E. Clark
> Office of Consumer Litigation
> U.S. DEPARTMENT OF JUSTICE
> P.O. Box 386
> Washington, D.C. 20044
>
> *Counsel for Food and Drug Administration,*
> *Michael O. Leavitt, and Lester M. Crawford*
>
> Theodore C. Whitehouse
> WILLKIE FARR & GALLAGHER LLP
> 1875 K Street, NW
> Washington, D.C. 20006
>
> *Counsel for the Generic Pharmaceutical Association*

This 18th day of November, 2005.

William A. Rakoczy, D.C. Bar No. 489082
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
(312) 222-6301
(312) 222-6321 (facsimile)

*Counsel for Apotex Inc.*