*Teva Pharmaceuticals USA, Inc. v. FDA*, Case No. 05-1469 (D.D.C.) (JDB)

# EXHIBIT A

# Declaration of William A. Rakoczy

*In support of Apotex Inc.'s Motion For
Injunctive Relief Pending Appeal*

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 04-5211**  September Term, 2003

04cv00605

Filed On: July 26, 2004 [838514]

Apotex, Inc.,
    Appellant

v.

Food & Drug Administration, et al.,
    Appellees

---

**04-5046**  03cv02401

Apotex, Inc., *f/k/a* Torpharm, Inc.,
    Appellee

v.

Food & Drug Administration, et al.,
    Appellants

Alphapharm Pty, Limited,
    Appellee

---

Consolidated with 04-5047

    **BEFORE:**    Edwards, Sentelle, and Randolph, Circuit Judges

## ORDER

Upon consideration of the emergency motion to consolidate No. 04-5211 with No. 04-5046 and expedite consideration of the appeals, the response and opposition thereto, and the reply; the emergency motion for injunction pending appeal in No. 04-5211, the oppositions thereto, and the reply; the motion to participate as <u>amicus curiae</u> in No. 04-5046, the opposition thereto, and the reply, it is

**ORDERED** that the Food and Drug Administration's final approval of Purepac Pharmaceutical Co.'s gabapentin capsule ANDA be stayed pending resolution of the appeal in No. 04-5211 m.  Appellant has satisfied the standards required for a stay

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 04-5211**                                        **September Term, 2003**

pending appeal. See <u>Washington Metropolitan Area Transit Commission v. Holiday Tours, Inc.</u>, 559 F.2d 841, 843 (D.C. Cir. 1977); <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 33 (2002). It is

**FURTHER ORDERED** that the motion to consolidate be denied. The Clerk is directed to schedule No. 04-5211 for argument on the same date and before the same panel as No. 04-5046. The Clerk is directed to enter a briefing schedule consistent with this order. It is

**FURTHER ORDERED** that Purepac Pharmaceutical Co.'s motion to participate as <u>amicus curiae</u> be denied.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY:

Deputy Clerk/LD

Page 2