*Teva Pharmaceuticals USA, Inc. v. FDA*, Case No. 05-1469 (D.D.C.) (JDB)

# EXHIBIT F

# Declaration of William A. Rakoczy

*In support of Apotex Inc.'s Motion For
Injunctive Relief Pending Appeal*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC, et al, )<br><br>Plaintiffs, )<br><br>v. )<br><br>THE UNITED STATES FOOD )<br>AND DRUG ADMINISTRATION, et al; )<br><br>Defendants. ) | Civ. No. 99-00067 (CKK) |

## ON REMAND FROM THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

### TEVA PHARMACEUTICALS USA, INC.'S RENEWED APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

On July 20, 1999 the U.S. Court of Appeals For The District Of Columbia Circuit reversed this Court's January 20, 1999 denial of Plaintiff Teva Pharmaceuticals, USA, Inc.'s ("Teva") Motion For Preliminary Injunction and remanded the case to this court for reconsideration of Teva's request for injunctive relief. Teva initially brought this action seeking:

> A judicial declaration that as of February 10, 1999 Teva is entitled to an "effective approval" of its Abbreviated New Drug Application for the generic drug ticlopidine hydrochloride ("ticlopidine"), pursuant to the Hatch-Waxman Amendments to the Federal Food, Drug, and Cosmetic Act ("FDCA"), 21 U.S.C. § 355(j)(5)(B);

not infringed, or unenforceable," Federal Defendants' Memorandum In Opposition To Teva's Application For A Temporary Restraining Order And Motion For Preliminary Injunction ("FDA's Initial Opp.") at 3, 12. See also Statement of Points And Authorities Of Proposed Intervenors Hoffman-La Roche Inc. and Syntex (U.S.A.) Inc. In Opposition To The Application Of Teva Pharmaceuticals USA, Inc. For Temporary Restraining Order And Motion For Preliminary Injunction ("Syntex Initial Opp.") at 12 ("The order in the declaratory judgment action on its face makes no finding or conclusion regarding infringement of Roche's '592 patent. As such, FDA is not authorized under the statute to begin the 180-day exclusivity period."); Memorandum Of Points & Authorities Of Proposed Intervenor-Defendant TorPharm In Opposition To Plaintiff's Application For Temporary Restraining Order ("TorPharm's Initial Opp.") at 2 (noting that the case turns on "a narrow issue under the Hatch-Waxman Amendments to the Federal Food, Drug, and Cosmetic Act: whether a court order dismissing a declaratory judgment complaint for lack of subject matter jurisdiction because there was no case or controversy constitutes 'a decision of a court in an action described in [21 U.S.C. § 355(j)(5)(B)(iii)] holding the patent which is the subject of a [paragraph IV] certification to be invalid or not infringed.'").

The Circuit Court's rejection of the statutory interpretation that formed the basis for refusing to grant Teva's ANDA effective approval on February 10, 1999 was thorough and clear. The Court ruled that the California dismissal was indeed a court "decision," and that the decision was one "holding" the Syntex patent to be non-infringed by and/or unenforceable against Teva, because that decision has the preclusive effect of preventing Syntex from ever suing Teva for infringement of the relevant patent. Circuit

5

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this twenty-eighth day of July, 1999, copies of the foregoing Teva Pharmaceuticals USA, Inc.'s Renewed Application for Temporary Restraining Order, Motion for Preliminary Injunction and Proposed Scheduling Order was served by hand delivery and facsimile on the following persons:

Eugene Thirolf
Drake Cutini
Department of Justice
Office of Consumer Litigation
National Place Building
1331 Pennsylvania Avenue, N.W.
Room 950 N
Washington, D.C. 20004
Counsel for Federal Defendants

Margaret Jane Porter
Anne Miller
United Sates Food and Drug Administration
5600 Fishers Lane
Room 671
Rockville, MD 20857
Counsel for Federal Defendants

James D. Miller
Eugene M. Pfeifer
Peter M. Todaro
King & Spalding
1730 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Counsel for Torpharm, a Division of Apotex, Inc.

Donald O. Beers
David E. Korn
Nancy S. Lapidus
Arnold & Porter
555 12th Street, N.W.
Washington, D.C. 20006
Counsel for Hoffman-La Roche Inc. and Syntex (U.S.A.) Inc.

Robert A. Dormer
James R. Phelps
Douglas B. Farquhar
Frances K. Wu
Hyman, Phelps & McNamara, P.C.
700 Thirteenth Street, N.W.
Washington, D.C. 20005
Counsel for Purepac Pharmaceutical Co.

James N. Czaban