*Teva Pharmaceuticals USA, Inc. v. FDA*, Case No. 05-1469 (D.D.C.) (JDB)

# EXHIBIT I

# Declaration of William A. Rakoczy

*In support of Apotex Inc. 's Motion For*
*Injunctive Relief Pending Appeal*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TEVA PHARMACEUTICALS USA,          .

      Plaintiff,                   .

                    .   CA No. 05-1469

     v.                            .

                    .   Washington, D.C.

FOOD AND DRUG                      .   Monday, September 26, 2005
ADMINISTRATION, et al.,            .   10:15 a.m.
                    .

      Defendants.            .       .

APOTEX,                            .

      Intervenor-Defendant.        .

.  .  .  .  .  .  .  .  .  .       .


TRANSCRIPT OF MOTIONS HEARING
BEFORE THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For Plaintiff Teva:          JAY P. LEFKOWITZ, ESQ.
                             STEVEN A. ENGEL, ESQ.
                             PAMELA AUERBACH, ESQ.
                             MICHAEL SHUMSKY, ESQ.
                             Kirkland & Ellis, LLP
                             655 15th Street, NW
                             Washington, D.C. 20005
                             202-879-5040


For Defendant FDA:           JEFFREY S. BUCHOLTZ, ESQ.
                             WENDY VICENTE, ESQ.
                             U.S. Department of Justice
                             950 Pennsylvania Avenue, NW
                             Room 3129
                             Washington, D.C. 20530
                             202-514-3045

Bryan A. Wayne, RPR, CRR
Official Court Reporter

Copy

1    May I just make one other -- one question and one brief

2    comment.  The question is, if Your Honor is interested in a

3    response from FDA to the 2nd Circuit law that Teva is citing

4    here today, we did not have a chance to see that in the brief.

5    We did not know about that.

6    I don't know if that's something Your Honor's interested in

7    or not.  If Your Honor would like a brief response from the

8    government on that, we'd be happy to provide one.

9    All I will say here today about that is that my

10    understanding is that parties can't stipulate to a lack of

11    subject matter jurisdiction any more than they can stipulate to

12    the existence of subject matter jurisdiction, and so you have a

13    document that's signed by the judge that says there's no subject

14    matter jurisdiction.  That's not the same thing as a purely

15    private agreement that the court may or may not need to sign,

16    under whatever local rules or civil rules govern.   ·

17    Again, we haven't seen the 2nd Circuit cases that they

18    cite.  If Your Honor thinks it would be useful to have a

19    response, we'd be happy to provide one.

20    The only other comment I wanted to make was just to respond

21    to something that Mr. Lefkowitz said about the facts in the

22    Syntex case.  Mr. Lefkowitz said repeatedly that the court

23    there, Judge Legge made an implicit holding of noninfringement.

24    That's just not accurate.

25    If you look at Exhibit A to the government's brief here,