# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| **No. 05-5401** | **September Term, 2005** |
| | 05cv01469 |
| | Filed On: November 22, 2005 |

[933143]

Teva Pharmaceuticals, USA, Inc.,
>Appellee

v.

Food & Drug Administration, et al.,
>Appellees

Apotex, Inc.,
>Appellant

      **BEFORE**:   Rogers, Tatel, and Griffith, Circuit Judges

## O R D E R

Upon consideration of the motion to expedite and the responses thereto, it is

**ORDERED** that the following briefing schedule will apply in this case:

| | |
|---|---|
| Brief for Appellant (not to exceed 14,000 words) and Appendix | December 22, 2005 |
| Brief for Appellee Teva Pharmaceuticals, USA, Inc. (not to exceed 14,000 words) | January 23, 2006 |
| Reply Brief for Appellant (not to exceed 7,000 words) | February 6, 2006 |

Unless it files an appeal, the Food & Drug Administration ("FDA") may not file a brief challenging the district court's decision. If the FDA files an appeal, it may file a brief (not to exceed 14,000 words) and a reply (not to exceed 7,000 words) in accordance with the above schedule.

The parties are directed to file and serve their briefs by hand on the date due.

The Clerk is directed to schedule this case for oral argument on the first available date following the completion of briefing.

**Per Curiam**