# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FOOD AND DRUG ADMINISTRATION, ) <br> et al., ) <br> ) <br> Defendants ) <br> ) <br> APOTEX INC., ) <br> ) <br> Intervenor-Defendant. ) | Civil Action No. 05-1469 (JDB) |

## NOTICE OF APPEAL

Notice is hereby given that the federal defendants, the United States Food and Drug Administration, Michael O. Leavitt, Secretary of Health and Human Services, and Dr. Andrew C. von Eschenbach, Acting Commissioner of Food and Drugs, appeal to the United States Court of Appeals for the District of Columbia Circuit from the final judgment and order entered in this action on October 21, 2005.

Dated: November 29, 2005

Of Counsel:

PAULA M. STANNARD
Acting General Counsel

SHELDON T. BRADSHAW
Chief Counsel, Food and Drug Division

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

EUGENE M. THIROLF
Director
Office of Consumer Litigation

ERIC M. BLUMBERG
Deputy Chief Counsel, Litigation

                                            /s/

| | |
|---|---|
| WENDY S. VICENTE | ANDREW E. CLARK |
| Associate Chief Counsel | Attorney |
| | Office of Consumer Litigation |
| U.S. Dept. of Health & Human Services | U.S. Department of Justice |
| Office of the General Counsel | P.O. Box 386 |
| 5600 Fishers Lane | Washington, D.C. 20044 |
| Rockville, MD 20857 | Tel: (202) 307-0067 |
| (301) 827-7138 | Fax: (202) 514-8742 |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Appeal to be served via the District Court's electronic filing (ECF) system upon:

Jay P. Lefkowitz
Steven A. Engel
KIRKLAND & ELLIS
655 15th Street, N.W., Suite 1200
Washington, D.C. 20005
*Counsel for Plaintiff Teva Pharmaceuticals USA, Inc.*

Arthur Y. Tsien
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220
*Counsel for Intervenor-Defendant Apotex Inc.*

William A. Rakoczy
Christine J. Siwik
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
*Counsel for Intervenor-Defendant Apotex Inc.*

this 29th day of November, 2005.

                                                           /s/
                                           Andrew E. Clark