UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TEVA PHARMS. USA, INC.,

    Plaintiff,

    v.

FOOD AND DRUG ADMINISTRATION,

et al.,

    Defendants,

APOTEX INC.,

    Intervenor-Defendant.

Civil Action No. 05-1469 (JDB)

## ORDER

On October 21, 2005, this Court granted plaintiff's motion for injunctive relief, see Teva Pharms. USA, Inc. v. FDA, 398 F.Supp.2d 176, 192-93 (D.D.C. 2005), which defendant and intervenor then appealed, see Teva Pharms USA, Inc. v. FDA, Nos. 05-5401 & 05-5460, slip.op. (D.C. Cir. Mar. 16, 2006). The intricate facts and legal context of this case are set forth fully in the decisions of this Court and the Court of Appeals, and will not be repeated here.

On appeal, the D.C. Circuit concluded that defendant Food and Drug Administration ("FDA") applied an incorrect rule of law by virtue of misinterpreting prior D.C. Circuit cases and therefore acted arbitrarily and capriciously, but, under settled principles of administrative law,

was entitled to the opportunity to assess the facts of the case under the correct rule of law.  See Teva Pharms., Nos. 05-5401 & 05-5460, slip op. at 8.  Hence, the D.C. Circuit vacated this Court's judgment and remanded the case to this Court with instructions to vacate the FDA's decision and remand to the FDA for further proceedings.  Id. at 9.  The mandate was issued "forthwith."  Id.

Accordingly, upon consideration of the D.C. Circuit's opinion, mandate, and instructions, and the entire record herein, it is this seventeenth day of March, 2006, hereby

**ORDERED** that defendant FDA's decision is **VACATED**; and it is further

**ORDERED** that this case is **REMANDED** to defendant FDA for proceedings consistent with the D.C. Circuit's opinion.

                    /s/    John D. Bates
                    JOHN D. BATES
                United States District Judge

Dated:    March 17, 2006

Copies to:

Jay P. Lefkowitz
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005
(202) 879-5040
Fax: (202) 879-5200
Email: jlefkowitz@kirkland.com

John Caviness O'Quinn
KIRKLAND & ELLIS, LLP
655 15th Street, NW
Washington, DC 20005

(202) 879-5000
Email: joquinn@kirkland.com

Steven Andrew Engel
KIRKLAND & ELLIS, LLP
655 15th Street, NW
Suite 1200
Washington, DC 20005
(202) 879-5000
Email: sengel@kirkland.com

*Counsel for plaintiff*

Andrew E. Clark
US DEPARTMENT OF JUSTICE
OFFICE OF CONSUMER LITIGATION
P.O. Box 386
Washington, DC 20044
(202) 307-0067
Fax: (202) 514-8742
Email: andrew.clark@usdoj.gov

Jeffrey Bucholtz
U. S. DEPARTMENT OF JUSTICE
950 Pennsylavania Avenue, NW
Washington, DC 20530
(202) 514-3045

   *Counsel for defendants*


Arthur Y. Tsien
OLSSON, FRANK AND WEEDA, PC
1400 16th Street, NW
Suite 400
Washington, DC 20036-2220
(202) 789-1212
Fax: (202) 234-3550
Email: atsien@ofwlaw.com

Christine J. Siwik
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60610
(312) 222-6304
Patricia Eggleston Pahl
OLSSON, FRANK & WEEDA, P.C.

1400 16th Street, NW
Washington, DC 20036-2220
(202) 518-6317
Fax: (202) 234-3537
Email: tpahl@ofwlaw.com
William A. Rakoczy
RAKOCZY MOLINO MAZZOCHI, LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60610
(312) 222-6301
Email: wrakoczy@rmmslegal.com

    *Counsel for intervenor-defendants*

Theodore C. Whitehouse
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006-1238
(202) 303-1000
Fax: (202) 303-2370
Email: TWhitehouse@willkie.com

    *Counsel for amicus curiae*