# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**Nos. 05-5401 & 05-5460**　　　　　　　　**September Term, 2005**

TEVA PHARMACEUTICALS, USA, INC.,
　　APPELLEE

v.

FOOD & DRUG ADMINISTRATION, ET AL.,
　　APPELLANTS

APOTEX, INC.,
　　APPELLANT



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED　MAR 1 6 2006

CLERK

Appeals from the United States District Court
for the District of Columbia
(No. 05cv01469)

Before: RANDOLPH and TATEL, *Circuit Judges*, and WILLIAMS, *Senior Circuit Judge*.

## JUDGMENT

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in these causes is hereby vacated and the cases are remanded with instructions to vacate the FDA's decision and remand to the agency for further proceedings, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 3/16/06
BY: _____ Deputy Clerk
ATTACHED: __ Amending Order
　　　　　　 __ Opinion
　　　　　　 __ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY: _____
Michael C. McGrail
Deputy Clerk

Date: March 16, 2006

Opinion for the court filed by Circuit Judge Randolph.

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk